ALB:BTK
F. #2018R01470

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JEREMY JAMES SCHIES,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 07 2018 ★
LONG ISLAND OFFICE

INFORMATION

Cr. No. 18 602

(T. 18, U.S.C., §§ 1512(c)(2), 2 and 3551 et seq.)

FEUERSTEIN, J.

LOCKE, M. J.

THE UNITED STATES ATTORNEY CHARGES:

## ATTEMPT TO OBSTRUCT AN OFFICIAL PROCEEDING

On or about and between July 10, 2018 and July 20, 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JEREMY JAMES SCHIES, together with others, did knowingly, intentionally and corruptly attempt to obstruct, influence and impede an official proceeding, to wit: the defendant, together with others, attempted to conceal from the Federal Bureau of Investigation documents and items relevant to a federal Grand Jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

*[signature]*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
NOV 07 2018
LONG ISLAND OFFICE